AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19-mj-1249-DLC |
| Alvaro MARTINEZ | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April, 2019_____ in the county of _____August, 2019_____ in the
_____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute 40 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Jill Hardie

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA SA   Jill Hardie
Hon. U.S. Magistrate Judge, Donald L. Cabell
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/22/2019

_____
*Judge's signature*

City and state:   Boston, MA    Hon. U.S. Magistrate Judge Donald L. Cabell
*Printed name and title*